UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD LEWIS ROSENBERG,

        Plaintiff,

vs.                      Case No. 3:06-cv-672-J-33HTS

MARIA CINO, et al.,

        Defendants.
_____/

**ORDER**

    This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. # 11), filed September 28, 2006, recommending that Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. # 2) be denied pursuant to 28 U.S.C. § 1915 and Plaintiff be given twenty days within which to pay the appropriate filing fee. No objections have been filed and the time to do so has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. §

636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. The Report and Recommendation is hereby **accepted**.

2. Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. # 2) is **DENIED**. Plaintiff shall have twenty days from the date of this Order to pay the appropriate filing fee.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 24th day of October 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
The Honorable Howard T. Snyder
United States Magistrate Judge

Counsel of Record
Unrepresented parties